USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

STRIKE 3 HOLDINGS, LLC,

         Plaintiff,

     -against-

JOHN DOE, *subscriber assigned IP address: 71.241.151.39,*

         Defendant.

---------------------------------------------------------------------- X

1:25-cv-10615-GHW

ORDER

GREGORY H. WOODS, District Judge:

On January 14, 2026, Plaintiff requested leave to file a motion seeking leave to serve a third-party subpoena pursuant to Federal Rule of Civil Procedure 26(d)(1).  Dkt. No. 7.  Plaintiff's January 14, 2026 request for leave to file a motion seeking leave to serve a third-party subpoena, Dkt. No. 7, is granted.  Plaintiff's motion is due no later than January 29, 2026.  The initial pretrial conference scheduled for February 20, 2026 is adjourned *sine die.*

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.

Dated:  January 14, 2026

            _____
             GREGORY H. WOODS
            United States District Judge